IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFERX MD, INC.,<br><br>Defendant. | Case No. 1:25-cv-00997-JMF<br><br>**ORDER BY CONSENT** |

**THIS MATTER** having been opened to the Court by Defendant, LifeRx MD, Inc., for an Order by Consent extending Defendant's time to answer or move as to the Complaint to April 21, 2025 in accordance with the parties' Stipulation Extending Time to Answer or Otherwise Plead; the parties having consented to the extension, for good cause shown:

IT IS HEREBY ORDERED that Defendant's time to file an answer otherwise move as to the Complaint is extended to April 21, 2025.

Dated: April 9, 2025
New York, New York

_____
~~Hon. Jennifer E. Willis, United States Magistrate Judge~~

Jesse M. Furman, United States District Court Judge

The Court notes that, unless and until this matter is referred to the assigned Magistrate Judge, all applications should be made to the undersigned, not to the Magistrate Judge. The Clerk of Court is directed to terminate ECF No. 11.