**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTINE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFERX MD, INC.,<br><br>Defendant. | Case No. 1:25-cv-00997-JMF<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF MARTINE DAVIS'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and (6)** |

**TO MARTINE DAVIS, AND HER ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, on a date to be set by the above-entitled Court located at 40 Centre Street, Room 2202, New York, New York 1007, Defendant LifeRx MD, Inc. will and hereby does move the Court to dismiss the Complaint and award reasonable attorneys' fees and costs associated with the filing of this Motion. This Motion is brought under the Federal Rules of Civil Procedure 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

This Motion is based on this Notice of Motion, the Memorandum of Law filed herewith, the supporting Declaration of Mitchell Horn, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: April 21, 2025

/s/Robert J. Donaher
Robert J. Donaher, Esq.
A.Y. STRAUSS, LLC
535 Fifth Avenue, 4th Floor
New York, New York 10017
Tel.: 973- 583-7462
rdonaher@aystrauss.com

**TO:**

Alec Leslie, Esq.
Bursor & Fisher , P.A.
1330 Avenue of the Americas
New York, NY 10019
aleslie@bursor.com