IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE DAVIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LIFERX.MD, INC.,<br><br>      Defendant. | Case No. 1:25-cv-00997-JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Martine Davis hereby dismisses, without prejudice, her claims against Defendant Liferx.MD, Inc.

Dated: April 30, 2025             Respectfully submitted,

                     By: */s/ Alec Leslie*

                     **BURSOR & FISHER, P.A.**
                     Alec M. Leslie
                     1330 Avenue of the Americas, 32nd Floor
                     New York, NY 10019
                     Tel: (646) 837-7150
                     Fax: (212) 989-9163
                     E-Mail: aleslie@bursor.com

                     *Attorney for Plaintiff*

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

May 1, 2025

1